No. 04–787. QUALCHOICE, INC. *v.* ROWLAND. C. A. 6th Cir. Motion of Trover Solutions for leave to file a brief as *amicus curiae* granted. Certiorari denied.